EAST BATON ROUGE PARISH
Filed Aug 27, 2021 8:36 AM
Deputy Clerk of Court
E-File Received Aug 26, 2021 3:45 PM
C-711047
27

| | |
|---|---|
| JOEL WHATLEY | NO:_____ SECTION:____ |
| VERSUS | 19TH JUDICIAL DISTRICT COURT |
| TRISURA SPECIALTY INSURANCE COMPANY, ROYAL EXPRESS, INC., AND FRANCISCO GUERRA | PARISH OF EAST BATON ROUGE STATE OF LOUISIANA |
| FILE:_____ | DEPUTY CLERK:_____ |

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, Joel Whatley, a person of the full age of majority and a resident of and domiciled in the State of Louisiana, who, with respect, shows the Court as follows:

I.

That made Defendants herein are: Francisco Guerra, upon information and belief, a person of the full age of majority and a resident of and domiciled in the County of Webb, State of Texas; Trisura Specialty Insurance Company, a foreign insurance company authorized to do and doing business in the State of Louisiana; and Royal Express, Inc., a foreign company, not authorized to do but doing business in the State of Louisiana. That Defendants are liable to Plaintiff jointly and/or in solido for the following:

II.

That on or about September 27, 2020, at approximately 8 p.m., plaintiff, Joel Whatley, was driving a 2013 GMC Sierra pick-up truck with a small trailer attached, owned by him, traveling in an easterly direction on Interstate 10 on the downward slope of the Mississippi Bridge in the Parish of East Baton Rouge, State of Louisiana.

III.

That at approximately the same time, defendant, Francisco Guerra, was driving a Tractor Trailer, with the permission of its owner, Royal Express, Inc., also in an easterly direction on Interstate 10 on the downward slope of the Mississippi Bridge in the Parish of East Baton Rouge, State of Louisiana.


Certified True and Correct Copy
CertID: 2021110300291

East Baton Rouge Parish
Deputy Clerk of Court


EXHIBIT
NR-A
Generated Date:
11/3/2021 9:53 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

IV.

That at approximately the same time, and at the same location as referenced above, in the Parish of East Baton Rouge, defendant, Francisco Guerra, unlawfully and improperly attempted to change lanes, thereby causing a collision with the Plaintiff's vehicle.

V.

The aforesaid collision sued on herein was the fault of, and proximately caused by defendant, Francisco Guerra, in the following respects:

    a.    By improper lane use;

    b.    By failure to yield the right of way;

    c.    By failing to maintain reasonable and proper control of said vehicle upon a public road;

    d.    In operating the vehicle under his control in a reckless and negligent manner;

    e.    By failing to see what should have been seen; and

VI.

On information and belief, a legal and/or proximate cause of the aforesaid casualty and damages was the negligence of Defendant, Francisco Guerra, who at all times herein was directly employed by Defendant, Royal Express, Inc., such that said Defendant, Royal Express, Inc. is responsible for the negligence acts and omissions of Defendant, Francisco Guerra, in the course and scope of employment, pursuant to the Louisiana Civil Code.

VII.

That as a result of the aforesaid collision, plaintiff, Joel Whatley, has sustained injuries to the body and mind, including injuries to his neck, back and shoulders, together with past and future mental anguish and physical suffering, past and future loss of enjoyment of life, past and future expenses for medical care, including expenses for travel to the physicians' office, and past and future lost earnings, all of which entitles Plaintiff to recover from Defendants such general and special damages as are reasonable in the premises.

VIII.

Plaintiff shows that at all times mentioned hereinabove, there was in full force and effect a


Certified True and Correct Copy
CertID: 2021110300291

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
11/3/2021 9:53 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

policy of insurance issued by defendant, Trisura Specialty Insurance Company, under the terms and conditions of which it agreed to insure and indemnify defendants, Francisco Guerra and Royal Express, Inc., from the type of liability asserted herein.

WHEREFORE, your plaintiff, Joel Whatley, prays that Defendants, Trisura Specialty Insurance Company, Royal Express, Inc., and Francisco Guerra, be served with a certified copy of this petition, and after being duly cited to appear and answer hereto, and after the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein in favor of Plaintiff, Joel Whatley and against Defendants, Trisura Specialty Insurance Company, Royal Express, Inc., and Francisco Guerra, jointly and/or in solido, for such general and special damages as are reasonable in the premises, said judgment to bear legal interest from the date of judicial demand until paid, for all costs of these proceedings, and for all legal and equitable relief this Honorable Court shall deem appropriate.

RESPECTFULLY SUBMITTED,

MORRIS BART, L.L.C.
601 POYDRAS STREET, 24TH FLOOR
NEW ORLEANS, LA 70130
(504) 525-8000

BY: _____
CRAIG A. GENTRY NO. 23751

PLEASE SERVE:

Trisura Specialty Insurance Company
through the Honorable Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

Royal Express, Inc.
pursuant to the Louisiana Long Arm Statute
LSA-R.S. 13:3201, et seq.
By serving
Royal Express, Inc.
12125 Jef Drive
Laredo, TX 78045
via certified mail.

*SERVICE INSTRUCTIONS CONTINUED ONTO NEXT PAGE*


Certified True and
Correct Copy
CertID: 2021110300291

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
11/3/2021 9:53 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

NO. C-711047                                              SECTION: 27

JOEL WHATLEY

VERSUS

TRISURA SPECIALTY INSURANCE COMPANY, ROYAL EXPRESS, INC., AND
FRANCISCO GUERRA

FILED: _____     _____
                                            DEPUTY CLERK

NOTICE OF FILING OF NOTICE OF REMOVAL

TO:  Honorable Clerk of Court
     19TH Judicial District Court
     Parish of East Baton Rouge
     State of Louisiana

PURSUANT TO 28 U.S.C. §1446(a), you are hereby notified that Defendants, TRISURA SPECIALTY INSURANCE COMPANY, ROYAL EXPRESS, INC., AND FRANCISCO GUERRA, have of this date filed in the office of the Clerk of Court of the United States District Court for the Middle District of Louisiana, its Notice of Removal, a copy of which is attached hereto.

You are also advised that Defendants, upon the filing of said Notice, is also filing a copy of the Notice of Removal with the Honorable Clerk of Court, 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, in accordance with Section 1446(e) of Title 28 of the United States Code.

                                   Respectfully Submitted,

                                   THE JAVIER LAW FIRM

                                   _____
                                   ROGER A. JAVIER, T.A. (Bar No. 26056)
                                   ALEXA M. YOUSSEF (Bar No. 37364)
                                   THOMAS F. DIXON (Bar No. 38952)
                                   1340 Poydras St., Suite 2100
                                   New Orleans, LA 70112
                                   Telephone: (504) 599-8570
                                   Facsimile: (504) 599-8579
                                   *Attorneys for Defendant,*
                                   *Trisura Specialty Insurance Company,*
                                   *Royal Express, Inc., and Francisco Guerra*

EXHIBIT NR-B

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the above and foregoing pleading upon attorneys of record for all other parties in this action by placing same, properly addressed, in the US mail with sufficient postage to insure delivery and/or via facsimile and/or electronic mail this ___1___, day of December, 2021.

                                                    _____
                                                        ROGER A. JAVIER